# Young, Appellant, *v.* Pennsylvania Railroad Company.

*Trial—Remarks of court—Action against railroad for damages for injury to timber by fire—Statement of amount claimed.*

The reason for reversals on appeals by defendants in cases where the attention of the jury has been called to the amount of damages claimed has no application when the appeal is by a plaintiff dissatisfied with the amount of the verdict.

Argued April 22, 1914.   Appeal, No. 144, Jan. T., 1914, by plaintiff, from judgment of C. P. Blair Co., March T., 1912, No. 92, on verdict for plaintiff in case of Blair B. Young v. The Pennsylvania Railroad Company.   Before FELL, C. J., BROWN, ELKIN and MOSCHZISKER, JJ.   Affirmed.

Trespass to recover damages to growing timber by fire.   Before BALDRIGE, P. J.

The opinion of the Supreme Court states the case.

Verdict for plaintiff for $1,755.   A motion for a new trial by plaintiff was overruled and plaintiff appealed.

*Error assigned* was in overruling plaintiff's motion for a new trial.

*Marion D. Patterson,* for appellant.

*Daniel J. Neff, A. J. Riley* and *J. D. Hicks,* for appellee, were not heard.

PER CURIAM, May 22, 1914:

The plaintiff is dissatisfied with the amount of the verdict which he obtained in an action for damages for injury to growing timber by fire and has assigned as error the instruction by the court that the verdict should not exceed the amount of loss claimed in the declaration.

It is not urged in support of the assignment that a recovery could have been sustained for an amount larger than that claimed in the declaration but that any reference to the amount was prejudicial to. the plaintiff and ground for reversal. This view is based on a misconception of the reasons for reversals on appeals by defendants in cases where the plaintiff's counsel or the court has directed the attention of the jury to the amount of damages claimed in the declaration and in which it has been said that such claims do not furnish a proper measure of damages and the statement of them tends to mislead the jury by suggesting an amount not supported by the evidence. These decisions have no application to this case.

The judgment is affirmed.